**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff
Blaine Anthony Jackson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BLAINE A. JACKSON,

Plaintiff,

vs.

COUNTY OF SACRAMENTO, et al.

Defendants.

___________________________________/

NO. 07-1223

**NOTICE OF RELATED CASES**

**[Local Rule 83-123]**

Pursuant to Local Rule 83-123, petitioner BLAINE JACKSON by and through his counsel, Stewart Katz, files this notice of related cases along with the filing of his complaint in the abovementioned action.

*Blaine Jackson v. County of Sacramento et al.*, is a civil rights action challenging the use of the Pro-Straint chair (a specially designed restraining chair) as a punitive tool against non-violent pretrial detainees arrested for misdemeanor alcohol offenses at the Sacramento County Main Jail. The action alleges violations of Jackson's Fourth, Fifth and Fourteenth Amendment rights and seeks damages against the officers and their superiors as well as public entities. A major focus of this litigation will be the practices, procedures, and policies of the Sacramento County Sheriff's Department regarding use of the Pro-Straint chair.

Several other actions involve the same claims (violation of Fourth, Fifth, and Fourteenth Amendment rights) against the same defendants regarding use of the Pro-Straint chair as a

punitive tool against pretrial detainees in custody at the Sacramento County Main Jail. These actions also focus primarily on the practices, procedures and policies of the Sacramento County Sheriff's Department regarding Pro-Straint chair use; and several of the actions also involved non-violent detainees or individuals arrested on minor misdemeanor alcohol-related offenses. The following cases have all been determined related cases and were thereto assigned:

*Rose v. County of Sacramento, et al.*, No. CIV-S-98-2156 LKK JFM

*Domogio v. County of Sacramento, et al.*, CIV-S-98-0835 LKK JFM

*Domogio v. County of Sacramento, et al.*, CIV-S-98-0834 LKK JFM

*Byrd v. County of Sacramento, et al.*, CIV-S-97-0464 LKK JFM

*Motz v. County of Sacramento, et al.*, CIV-S-97-0463 LKK JFM

*Kregger v. County of Sacramento, et al.*, CIV-S-97-0167 LKK JFM

*Jacobs v. County of Sacramento, et al.*, CIV-S-96-2242 LKK JFM

*Barton v. County of Sacramento, et al*, CIV-S-96-2150 LKK JFM

*Martin v. County of Sacramento, et al.*, CIV-S-96-2149 LKK JFM

*Lobdell v. County of Sacramento et al.*, No. CIV-S-96-1599 LKK JFM

*Countee v. County of Sacramento, et al.*, 2:07-cv-02560 LKK DAD, an action recently filed and assigned to Judge Lawrence K. Karlton, also involves similar claims against Sacramento County regarding use of the Pro-Straint Chair as a punitive tool at the Sacramento County Jail.

Blaine Jackson files this notice of related cases because his action involves similar questions of law and fact, the same Defendants, and the assignment of this case to the same Judge will effect a substantial savings of judicial efforts given that Judge Lawrence K. Karlton presided over the group of related cases, is presiding over the recently lodged case and is familiar with the unique issues to be presented before the Court.

Dated: December 20, 2007

Respectfully submitted,

/s/ Stewart Katz

Stewart Katz,
Attorney for Blaine Jackson